Eastern District of Kentucky
FILED
JUN 26 2015
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> WENDELL KEITH HALL, <br>     Defendant. | CRIMINAL ACTION NO. 7:14-20-KKC <br><br> **VERDICT FORM** |

*** *** ***

As to the sole count, we, the jury, find the Defendant **Wendell Keith Hall**:

    GUILTY ✓

    NOT GUILTY _____

DATE: 6/26/2015