UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-SENTENCING

PIKEVILLE    Case No. 7:14-CR-20-KKC-EBA-S-1    At LEXINGTON    Date March 24, 2016

U.S.A. vs WENDELL KEITH HALL    X present    __ custody    __ bond    X OR    AGE __

DOCKET ENTRY:
   Proceedings held as noted. The Court heard statements of counsel on the defendant's objection to the two-level enhancement for obstruction of justice. The Court OVERRULED defendant's objections to the Presentence Report and Addendums. The Court adopts the Presentence Report and Addendums as prepared by the United States Probation Office as its findings. The Presentence Report and Addendums shall be maintained under seal. The parties had no objections to the sentence as stated, other than objections noted by the defendant to the Court's ruling on the two-level enhancement. Defendant shall SELF-SURRENDER to the facility designated by the Bureau of Prisons NO LATER THAN 2:00 P.M. on MAY 18, 2016.

PRESENT: HON. KAREN K. CALDWELL, CHIEF U.S. DISTRICT JUDGE

Genia Denisio          Ann Banta
Deputy Clerk           Court Reporter

AUSA  Kenneth Taylor and Erin Roth
Assistant U.S. Attorney

Brent L. Caldwell and Bryce L. Caldwell        X present    X retained    __ appointed
Counsel for defendant

PROCEEDINGS:        **SENTENCING (Non-Evidentiary)**

 x    Objection to Presentence Report OVERRULED for reasons stated on the record.

 __   No objections to Presentence Report.

 __   The Court Reporter shall transcribe the proceedings of the hearing on the objections to the Presentence Report and file it in the record.

 x    Transcript shall be deemed as written findings of the Court.

 x    Judgment shall be entered. (See Judgment & Commitment.)

 x    Defendant to remain on conditions of release and shall SELF-SURRENDER to the facility designated by the Bureau of Prisons NO LATER THAN 2:00 P.M. on MAY 18, 2016.

 __   Defendant remanded to custody.

TIC:  49 min

Initials of Deputy Clerk gld